THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11cv296

| | |
|---|---|
| POLLIN PATENT LICENSING, LLC and AUTOSCRIBE CORPORATION, ) ) ) Plaintiffs, ) ) vs. ) ) BB&T CORPORATION, BRANCH ) BANKING AND TRUST COMPANY, ) and BB&T FINANCIAL, FSB, ) ) Defendants. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Transfer Venue to the Eastern District of North Carolina Pursuant to 28 U.S.C. § 1404(a) [Doc. 10]. For good cause shown, the Court will grant the Motion.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Transfer Venue to the Eastern District of North Carolina Pursuant to 28 U.S.C. § 1404(a) [Doc. 10] is **GRANTED**, and this case is hereby **TRANSFERRED** to the Eastern District of North Carolina for further proceedings.

**IT IS SO ORDERED.**

Signed: January 6, 2012

Martin Reidinger
United States District Judge